UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ABC,

                          Plaintiff,
            -v-

DEF,

                          Defendant.

25 Misc. 393 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

Plaintiff errantly filed the sealed motions in this case, *see* Dkts. 1, 4–5, and then re-filed them in 25 Civ. 7875 (ALC).  The Clerk of Court is thus respectfully directed to terminate all pending motions and to close this case.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: February 2, 2026
       New York, New York